Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

**FILED**

MAR 14 2008

RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL RANGEL, <br><br> Defendant. | CR NO. 07-00788 JF (NJV) <br><br> STIPULATION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL FOR WORK |

Defendant Daniel Rangel, through his attorney, and the United States, through its attorney, hereby stipulate and move this Court to amend Mr. Rangel's conditions of release to allow him to travel as needed for his employment and with the approval of his Pretrial Services Officer within the United States. The reasons are as follows.

Mr. Rangel is employed as a truck driver for a moving and storage company. His work frequently requires him to travel to different states. At the bail hearing, the parties agreed, and the Magistrate Judge ordered, that he be permitted to travel for employment within the states of California, Oregon, Washington, Nevada and Utah. Subsequently, however, Mr. Rangel received an assignment from his employer that would take him to the East Coast, and to and through numerous states that are not on the list already approved by the Court. It is in the interests of all concerned that Mr. Rangel be able to maintain employment and earn a living while on bail.

Accordingly, the parties have stipulated that his conditions of release may be modified to allow travel within the United States for purposes of employment and with the approval of his Pretrial Services Officer. The Order should also require Mr. Rangel to provide his Pretrial Services Officer with his itinerary before any such travel.

The parties therefore respectfully request an Order amending his conditions of release to allow him to travel as specified above.

Dated: March 13, 2008   Respectfully submitted,


*/s/ Mark D. Eibert*

MARK D. EIBERT
Attorney for Defendant Daniel Rangel


*/s/ Jeff Nedrow*

JEFF NEDROW
Attorney for the United States

## ORDER

Good cause appearing therefore, it is hereby ORDERED that defendant Daniel Rangel may travel within the United States for employment purposes, subject to the prior approval of his Pretrial Services Officer. Mr. Rangel shall also provide his Pretrial Services Officer with his itinerary prior to any such travel.

Dated: March 14th, 2008

_____
UNITED STATES MAGISTRATE JUDGE
NANDOR J. VADAS