Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL RANGEL,<br><br>    Defendant. | CR NO. 07-00788 JF (NJV)<br><br>(1) UNOPPOSED MOTION,<br>(2) DECLARATION OF MARK D. EIBERT IN SUPPORT THEREOF, AND<br>(3) [PROPOSED] ORDER TO WAIVE DEFENDANT'S PERSONAL APPEARANCE AT STATUS CONFERENCE<br><br>Date: August 13, 2008<br>Time: 10:00 a.m. |

I, Mark D. Eibert, declare as follows:

1.  I am an attorney admitted to practice before the bar of this Court and the appointed counsel of record for defendant Daniel Rangel.  If called as a witness, I could and would testify competently to the following.

2.  This Court had originally set a status conference for August 6, 2008, in this multi-defendant case.  The minutes indicate that at the time that status conference was set, "[t]he court waive[d] defendants appearances for status hearings."

3. The Court later reset the August 6 status conference on its own motion for August 13, 2008. The Order did not specify that client appearances were waived.

4. Mr. Rangel is a truck driver who works throughout the United States, with the approval of Pretrial Services. He is currently on the East Coast, and expects to be in the Midwest on or about August 13. He would have to fly back for the hearing if his appearance is not waived. This will cost him work and income.

5. Other defendants are asking to have their appearances waived as well.

6. The U.S. Attorney handling this case, Mr. Nedrow, has graciously stated that he has no objection to Mr. Rangel's appearance being waived.

7. I therefore respectfully ask the Court to enter the Order below waiving Mr. Rangel's appearance at the August 13 status conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2008, in Half Moon Bay, California.

Respectfully submitted,

*/s/ Mark D. Eibert*

MARK D. EIBERT
Attorney for Defendant Daniel Rangel

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that defendant Daniel Rangel is excused from attending the August 13, 2008 status conference in the above case.

Dated: August __8__, 2008

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT