Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel



FILED

DEC 21 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 07-00788 JF ~~(NJV)~~ PSG |
| Plaintiff, | |
| vs. | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TRAVEL DURING HOLIDAYS |
| DANIEL RANGEL, | |
| Defendant. | |

Defendant Daniel Rangel, through his attorney, and the United States, through its attorney, hereby stipulate and move this Court to amend Mr. Rangel's conditions of release to allow him to travel to Mexico to see his family during the period December 28, 2010 through January 20, 2011. Pretrial Services Officer Jaime Carranza and AUSA Jeff Nedrow both agree with this request.

Per the Pretrial Officer's suggestion, Mr. Rangel also requests that in order to make the trip possible, the Clerk's Office return his passport to him prior to the trip. He will return the passport to the Clerk's Office upon his return.

A copy of this stipulation and [proposed] Order is being served on Pretrial Services Officer Jaime Carranza. It is also being served on AUSA Jeff Nedrow via ECF.

STIPULATION AND PROPOSED ORDER TO AMEND CONDITIONS OF RELEASE, U.S. V. DANIEL RANGEL, CR NO.

07-00788 JF (NjV)    -1-

The parties therefore respectfully request an Order amending his conditions of release to allow him to travel as specified above.

Dated: December 20, 2010  Respectfully submitted,

*/s/ Mark D. Eibert*

MARK D. EIBERT
Attorney for Defendant Daniel Rangel

*/s/ Jeff Nedrow*

JEFF NEDROW
Attorney for the United States

## ORDER

Good cause appearing therefore, it is hereby ORDERED as follows:

1. That defendant Daniel Rangel may travel to Mexico during the period December 28, 2010, through January 20, 2011, inclusive, or as close to those dates as the airlines will accommodate.

2. The Clerk's Office shall return Mr. Rangel's passport to him upon presentation of this Order.

3. Mr. Rangel shall return his passport to the Clerk's Office promptly after his return from his trip.

4. Mr. Rangel shall inform Pretrial Services of his exact itinerary and provide whatever information Pretrial requests and comply with whatever requirements Pretrial imposes for the trip.

Dated: December 21, 2010

UNITED STATES MAGISTRATE JUDGE