Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 07-00788 JF (NC) |
| Plaintiff, | |
| vs. | **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO FILE DECLARATION TO WAIVE APPEARANCE AND |
| DANIEL RANGEL, | |
| Defendant. | [~~PROPOSED~~] ORDER THEREFORE |

At the November 4, 2011, case management conference, pursuant to the request of government counsel, the Court ordered that '[f]or each future court proceeding, any defendant who will not attend the proceeding in person must file one week in advance of the court proceeding a declaration under penalty of perjury stating that the defendant is aware of the court proceeding and knowingly and voluntarily waives his or her right to attend the court proceeding." Minute Order (Docket # 380).

A hearing is scheduled for February 1, and undersigned counsel believes that his client, Mr. Daniel Rangel, will wish to waiver his appearance.  However, it appears that I will not be able to obtain such a declaration signed by Mr. Rangel until at least Friday, January 27, due to his travel.  Accordingly, I respectfully request an extension of time until Monday, January 30, 2012 to file such a declaration.

MOTION FOR EXTENSION OF TIME AND [~~PROPOSED~~] ORDER, U.S. V. AMIT EZYONI, CR NO. 07-00788 JF (NC)
-1-

Counsel for the government, AUSA Jeff Nedrow, has graciously stated that he does not object to this request.

January 25, 2012                    Respectfully submitted,

                                        ___/s/__Mark D. Eibert_____
                                        Mark D. Eibert
                                        Attorney for Defendant Daniel Rangel

# **ORDER**

Good cause appearing therefore, it is hereby ORDERED that defendant Daniel Rangel shall have until January 30, 2012 to file a sworn declaration waiving his appearance, as required by this Court's prior Order.

IT IS SO ORDERED.

Dated: January 26, 2012

_____
HON. LUCY H. KOH
UNITED STATES MAGISTRATE JUDGE