Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

*Rejected. Defendant must refile with specific documents and bates numbers.*

*4/13/12  Lucy H. Koh*
*U.S. District Judge*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DANIEL RANGEL, <br> Defendant. | CR NO. 07-00788 LHK <br><br> DEFENDANT DANIEL RANGEL'S <br> PRELIMINARY EXHIBIT LIST <br><br> Date: May 9, 2012 <br> Time: 10:00 a.m. <br> Judge: Hon. Lucy H. Koh |

Defendant Daniel Rangel, through his attorney, hereby submits his preliminary exhibit list. This list is not complete for a number of reasons, including the enormous amount of discovery produced to date and the fact that discovery is still ongoing. Accordingly, Mr. Rangel will supplement this list when all parties file their supplemental exhibit lists on June 27, 2012, pursuant to the Court's Order.

Mr. Rangel may use some or all of the following documents as trial exhibits:

1. All discovery produced by the government that refers or relates to Mr. Rangel, including but not limited to Bates Nos. PBDR002-0279.

PRELIMINARY EXHIBIT LIST, U.S. V. DANIEL RANGEL, CR NO. 07-00788 JF (NJV)   -1-