Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

*[Handwritten: Rejected. Defendant shall refile with sources for all instructions. 4/13/12 — Lucy H. Koh, U.S. District Judge]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL RANGEL, <br><br> Defendant. | CR NO. 07-00788 LHK <br><br> DEFENDANT DANIEL RANGEL'S PROPOSED JURY INSTRUCTIONS AND PARTICULARIZED JOINDER IN DEFENDANT AYCOCK'S AND DEFENDANT GOLDBERG'S PROPOSED INSTRUCTIONS <br><br> Date: May 9, 2012 <br> Time: 10:00 a.m. <br> Judge: Hon. Lucy H. Koh |

Defendant Daniel Rangel, through his attorney, hereby joins in Defendant Brandi Aycock's and Defendant Randy Goldberg's Proposed Jury Instructions with the following three additions and/or modifications:

**8.142A     HOBBS ACT—EXTORTION OR ATTEMPTED
                    EXTORTION BY THREAT OF ECONOMIC HARM
                    (18 U.S.C. § 1951)**

Mr. Rangel is charged in Count 1 of the indictment with conspiracy to commit