Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DANIEL RANGEL,<br><br>  Defendant. | CR NO. 07-00788 JF (NC)<br><br>**UNOPPOSED** MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT STATUS REPORT AND<br><br>[~~PROPOSED~~] ORDER THEREFORE |

On June 22, 2012, the Court entered an order that said, among other things, that "Defendants Geffen and Rangel must file Settlement Status Reports on [Thursday,] July 5, 2012."

Current Settlement Status

Today (Friday, June 29) Pretrial Services sent a letter to counsel for both parties formally finding Mr. Rangel eligible for pretrial diversion and recommending that he be placed on pretrial diversion. Other than resolving a possible typo in Pretrial's letter, the only thing that remains is for the parties to agree on and execute the formal diversion agreement. This agreement has been previously discussed by counsel for both parties, and undersigned counsel does not anticipate any problems.

MOTION FOR EXTENSION OF TIME AND [~~PROPOSED~~] ORDER, U.S. V. AMIT EZYONI, CR NO. 07-00788 JF (NC)
-1-

Reason for Request for Extension of Time

Undersigned defense counsel will be out of town from Sunday, July 1 through July 5 (the date set in the Court's order for the filing of Settlement Status Reports). The prosecutor has indicated via e-mail that although he is not in today (Friday, June 29) he will provide me with a draft of the formal diversion agreement on Monday, July 2. I will be able to receive it via e-mail while I am out of town, but I will not be able to e-file a Status Report until I return (I can receive and read e-mailed documents on my mobile device but I cannot not e-file documents from it—I have already tried). A short extension of time should give us time to finalize the agreement and allow defense counsel to file a Status Report regarding the same as contemplated in the Court's order. The preceding paragraph gives the Court the status of our settlement as of today (June 29).

Accordingly, defense counsel respectfully requests an extension of time to and including Monday, July 9, to file a Settlement Status Report on behalf of Mr. Rangel. The prosecutor, Mr. Nedrow, has graciously stated that he has no objection to this request. A [Proposed] Order is below.

June 29, 2012                    Respectfully submitted,

                                 /s/  Mark D. Eibert
                                 Mark D. Eibert
                                 Attorney for Defendant Daniel Rangel

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that defendant Daniel Rangel shall have until July 9, 2012 to file a s Settlement Status Report in this case.

IT IS SO ORDERED.

Dated: July _2_, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE