Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 07-00788 LHK (NJV) |
| Plaintiff, | |
| vs. | (1) STIPULATION TO DISMISS CASE, EXONERATE BOND AND RETURN DEFENDANT'S PASSPORT, AND |
| DANIEL RANGEL, | (2) [PROPOSED] ORDER THEREFORE |
| Defendant. | |

Defendant Daniel Rangel, through his attorney, and the government, through its attorney, hereby stipulate and agree and move this Court to dismiss the indictment against defendant Daniel Rangel, and to exonerate his bond and return his passport to him. The reasons are as follows.

This 2007 case was settled by agreement of the parties requiring Mr. Rangel to complete six months of pretrial diversion. Mr. Jaime Carranza, the Pretrial Services Officer who supervised Mr. Rangel during that diversionary period, has informed the parties that Mr. Rangel has successfully completed his diversionary period and all related conditions. Accordingly,

defense counsel and the government jointly stipulate and ask this Court to dismiss the indictment as to Mr. Rangel, exonerate his bond, and allow his passport to be returned to him.

Pretrial Services Officer Jaime Carranza is being served with this pleading via e-mail on the same date it is being filed.

A [proposed] Order is below.

Dated: January 12, 2013          Respectfully submitted,

                                 */s/ Mark D. Eibert*

                                 MARK D. EIBERT
                                 Attorney for Defendant Daniel Rangel


Dated: January 12, 2013          */s/ Jeffrey Nedrow*

                                 JEFFREY NEDROW
                                 Attorney for the Government

# **ORDER**

Good cause appearing therefore, it is hereby ORDERED that

(1) The indictment in this case is hereby DISMISSED with prejudice as to defendant Daniel Rangel.

(2) Mr. Rangel's bond is hereby exonerated and discharged, along with all obligations arising thereunder.

(3) The Clerk of the Court or Pretrial Services shall return Mr. Rangel's passport to him upon presentation of this Order.

IT IS SO ORDERED.

Dated: January 18, 2013

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING CASE, U.S. V. DANIEL RANGEL, CR NO. 07-00788 LHK